[No. 36195.    Department Two.    March 28, 1963.]

DORIS THOMPSON, *Individually and as Administratrix, Appellant,* v. BOBBY RAY EZZELL *et al., Defendants,* CRUISERS, INC., *Respondent.**

*F. A. LeSourd, Woolvin Patten,* and *Max D. Crittenden* (of *LeSourd & Patten*), for appellant.

*Evans, McLaren, Lane, Powell & Moss, Martin P. Detels, Jr.,* and *Barry H. Biggs,* for respondent.

PER CURIAM.—In *Thompson v. Ezzell, ante* p. 685, 379 P. (2d) 983 (Supreme Court Cause No. 36338), we affirmed a judgment in favor of plaintiffs, based upon a writ of garnishment.

In the instant case (Supreme Court Cause No. 36195) plaintiffs appeal from a judgment dismissing with prejudice defendant Cruisers, Inc. for the reason the evidence did not warrant a verdict against said defendant.

Affirmance of case No. 36338 renders the instant case moot; therefore, this appeal is dismissed.

It is so ordered.

*Reported in 379 P. (2d) 990.